CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 28 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
NOVEMBER 2018 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| v. | ) | Criminal No. 4:18-cr-00033 |
| CARL RAY KENNEDY | ) | 18 U.S.C. §§ 2262(a)(1) and 2262(b)(3) |

## COUNT ONE

The Grand Jury charges:

1. That on or about June 3, 2018, in the Western Judicial District of Virginia and elsewhere, the defendant, Carl Ray Kennedy, traveled in interstate commerce from North Carolina to Virginia, with the intent to engage in conduct that would violate the portion of a Family Abuse protective order, issued in May 2018 by the Pittsylvania County, Virginia, Juvenile and Domestic Relations Court that prohibited all contact and communication (except for certain limited email contact) with K.W., and did subsequently engage in personal and physical contact, and communication, with K.W., and further did, during the offense, use a dangerous weapon.

2. All in violation of Title 18, United States Code, Sections 2262(a)(1) and 2262(b)(3).

*s/GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

*/s/ Thomas T. Cullen by RSH*
THOMAS T. CULLEN
UNITED STATES ATTORNEY

1

*USAO No. 2018R00316*