# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Carl Ray Kennedy<br>*Defendant* | )<br>)<br>) Case No. 4:18-cr-00033<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carl Ray Kennedy, Defendant

Date: 12/04/2018

*Attorney's signature*

Michael A. Nicholas, 80749
*Printed name and bar number*
Daniel Medley & Kirby, P.C.
110 N. Union St.
Danville, VA 24541

*Address*

mnicholas@dmklawfirm.com
*E-mail address*

(434) 792-3911
*Telephone number*

(434) 793-5724
*FAX number*