IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:18-CR-00033 |
| | ) | |
| V. | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| CARL RAY KENNEDY | ) | CORPUS AD PROSEQUENDUM |
| DOB: xx-xx-1966 | ) | |

     Your petitioner, United States of America, by Rachel B. Swartz, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

     1. That this case is a prosecution upon an indictment, charging the defendant with violations of Title 18, United States Code, Section 2262(a)(1) and 2262(b)(3).

     2. That the presence of the said defendant before the United States District Court for the Western District of Virginia at Roanoke, Virginia, scheduled for an Initial Appearance/Arraignment at 3:30 p.m. on July 12, 2019, is necessary and he is now in custody of the Nottoway Correctional Center.

     WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: July 1, 2019                                                   s/Rachel B. Swartz
                                                                                 Assistant United States Attorney

*****************************************************************************

**TO: Warden, Nottoway Correctional Center, 2892 Schutt Rd., Burkeville, VA 23922; Telephone: (434) 432-7831.**

GREETINGS:

     WE COMMAND YOU that you surrender the body of **CARL RAY KENNEDY** detained in the Nottoway Correctional Center, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, or any other authorized Federal Law Enforcement Agent/Officer to the end that his body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on July 12, 2019, at 3:30 p.m., or at such other time or times as the District Court may direct.

ENTER: This ____ day of July, 2018.

                                                                                 _____
                                                                                 United States District Judge

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT/OFFICER:**

TO EXECUTE:

WE COMMAND that you proceed to the Nottoway Correctional Center, and remove therefrom the body of **CARL RAY KENNEDY**, and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on July 12, 2019, at 3:30 p.m. or at such other time or times as the District Court may direct; and upon completion of the case, return the said **CARL RAY KENNEDY,** to the Nottoway Correctional Center.

                                            JULIA C. DUDLEY
                                            CLERK OF COURT

                                BY: _____
                                        Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of July, 2019.

        BY: _____
               United States Marshal/Deputy or
               Authorized Federal Law Enforcement Agent/Officer

RETURNED:

EXECUTED this _____ day of July, 2019.

        BY: _____
               United States Marshal/Deputy or
               Authorized Federal Law Enforcement Agent/Officer

SENTENCED STATE PRISONER:    Yes: _____        No: _____